**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

**STERRY STREET AUTO SALES, INC.**
    **Plaintiff**

        **v.**                      **Case No: 1:17-cv-00292**

**BULK CARRIER (P.E.I.) LIMITED**
    **Defendant**

## MOTION TO REMAND

Now comes **STERRY STREET AUTO SALES, INC.,** Plaintiff, and hereby moves to remand the within action to the Providence County Superior Court for the State of Rhode Island. The reasons therefor are set forth in the Memorandum attached hereto.

           **Plaintiff
STERRY STREET AUTO SALES, INC.**
By its attorneys,

*/s/ Gerard M. DeCelles, #1394*
1536 Westminster Street
Providence, RI 02909
(40l) 272-8998
gmdlaw1@aol.com

*/s/Robert A. Peretti, #1920*
Liberati & Peretti, LLP
1536 Westminster Street
Providence RI 02909
(401)273-7747
Fax: (401) 421-4818
bob@lpllplaw.com

## **CERTIFICATION**

I hereby certify that on the 30th day of November, 2018, I electronically filed the within document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.  The document is available for viewing and downloading through the ECF system.

*/s/ Gerard M. DeCelles*

rp100-811
motions